UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DANA SEUFERT,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 8:20-cv-02239-GJS<br><br>[~~PROPOSED~~] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $6,300.00 as authorized under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs of $402 under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATED: October 21, 2021

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE